UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civ. No. 00-663 DWF/AJB

UNITED STATES OF AMERICA,

Plaintiff,

v.

WILLIAM A. BOOG,

Defendant.

ORDER

This matter comes before the Court following issuance of a bench warrant for defendant's failure to appear at a court ordered debtor's examination. Defendant has now complied with the requirements of the debtor's examination, and, accordingly,

IT IS HEREBY ORDERED that the bench warrant be discharged.

Ordered this 16 day of January, 2001

UNITED STATES MAGISTRATE JUDGE

(9)

FILED JAN 16 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK